```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
SECURED PARTY CHARLES HECKER,           :
                                        :   09 Civ. 5490 (VM)
                    Plaintiff,          :
                                        :
   -  against  -                        :   ORDER
                                        :
RUBEN A. MARTINO et al.,                :
                                        :
                    Defendants.         :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of plaintiff's submission to the Court of a document titled "Motion for Injunctive Relief," received by the Court on July 23, 2009, it is hereby

**ORDERED** that the Clerk of Court is directed to file the attached document on the public docket.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         23 July 2009

                                    Victor Marrero
                                       U.S.D.J.